Generated: Jun 3, 2022 9:12AM

Page 1/1



# U.S. District Court

## Texas Western - El Paso

Receipt Date: Jun 3, 2022 9:12AM

ERIK SALAIZ
319 VALLEY FAIR WAY
EL PASO, TX 79907

Rcpt. No: 140　　　　　Trans. Date: Jun 3, 2022 9:12AM　　　　　Cashier ID: #EM

| CD  | Purpose                      | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|------------------------------|----------------------|-----|--------|--------|
| 200 | Civil Filing Fee- Non-Prisoner |                    | 1   | 402.00 | 402.00 |

| CD | Tender      |             |           | Amt     |
|----|-------------|-------------|-----------|---------|
| MO | Money Order | #28017051535 | 06/3/2022 | $402.00 |

Total Due: $402.00
Total Tendered: $402.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments**: CIVIL FILING FEE 3:22-CV-0194-FM SALAIZ V AMERICAN CONSUMER CREDIT COUNSELING INC. ET AL

Clerk, U.S. District Court - El Paso Division - 525 Magoffin Avenue, Suite 105, El Paso, TX 79901 - (915) 534-6725 - www.txwd.uscourts.gov