JUDGE FRANK MONTALVO

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| ERIK SALAIZ <br><br> *Plaintiff(s)* <br> v. <br> AMERICAN CONSUMER CREDIT COUNSELING, INC. et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. <br><br> **EP22CV0194** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* American Consumer Credit Counseling, Inc
c/o via registered agent Registered Agent Solutions, Inc
5301 Southwest Parkway, Suite 400
Austin, Texas 78735

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Erik Salaiz
Plaintiff, Pro Se
319 Valley Fair Way
El Paso, Texas 79907
915-540-5210
Salaiz.ep@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Philip Devlin*
CLERK OF COURT

Date: 06/03/2022

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

JUDGE FRANK MONTALVO

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| ERIK SALAIZ | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| AMERICAN CONSUMER CREDIT COUNSELING, INC. et al | ) | |
| | ) | EP22CV0194 |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TR Simpson Enterprises, LLC
c/o via registered agent Timothy R. Simpson
910 Spinnaker Way
Kissimmee, Florida 34746

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Erik Salaiz
Plaintiff, Pro Se
319 Valley Fair Way
El Paso, Texas 79907
915-540-5210
Salaiz.ep@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Philip Devlin*
CLERK OF COURT

Date: 06/03/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action    JUDGE FRANK MONTALVO

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| ERIK SALAIZ <br><br> *Plaintiff(s)* <br> v. <br> AMERICAN CONSUMER CREDIT COUNSELING, INC. et al <br><br> *Defendant(s)* | Civil Action No. <br><br> EP22CV0194 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Grounded X, Inc
c/o via registered agent Joo Y. Han
1170 Tree Swallow Drive
Winter Springs, Florida 32708

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Erik Salaiz
Plaintiff, Pro Se
319 Valley Fair Way
El Paso, Texas 79907
915-540-5210
Salaiz.ep@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Philip Devlin*
CLERK OF COURT

Date:   06/03/2022          _____
                                        *Signature of Clerk or Deputy Clerk*