UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ERIK SALAIZ,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN CONSUMER CREDIT COUNSELING, INC., a Massachusetts Corporation, TR SIMPSON ENTERPRISES LLC, a Florida Limited Liability Company, and GROUNDED X INC, a Florida Corporation<br><br>Defendants. | § § § § § § § § § § § § § § § § | EP-22-CV-0194-FM |

**FILED**
December 16, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____Laura Loera____
DEPUTY

## PLAINTIFF'S NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE ALL DEADLINES

The Plaintiff and Defendants AMERICAN CONSUMER CREDIT COUNSELING, INC., TR SIMPSON ENTERPRRISES LLC, and GROUNDED X INC, respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Plaintiff and the Defendants counsel are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). Accordingly, Plaintiff respectfully requests that the Court vacate all deadlines for Defendants AMERICAN CONSUMER CREDIT COUNSELING, INC., TR SIMPSON ENTERPRRISES LLC, and GROUNDED X INC, related to the above-captioned matter and allow 30 days to submit the said Agreement.

December 16, 2022,                               Respectfully submitted,

*[signature]*

Erik Salaiz
Plaintiff, Pro-se
319 Valley Fair Way
El Paso, TX 79907
915-540-5210

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ERIK SALAIZ,<br><br>      Plaintiff,<br><br>v.<br><br>AMERICAN CONSUMER CREDIT COUNSELING, INC., a Massachusetts Corporation, TR SIMPSON ENTERPRISES LLC, a Florida Limited Liability Company, and GROUNDED X INC, a Florida Corporation<br><br>      Defendants. | §§§§§§§§§§§§§§§§    EP-22-CV-0194-FM |

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2022, I caused a true copy of the foregoing, **PLAINTIFF'S NOTICE OF SETTLEMENT** to be served via electronic mail on all counsel of record.

Dated December 16, 2022,      Respectfully Submitted,

Erik Salaiz
Plaintiff, Pro Se
319 Valley Fair Way
El Paso, Texas 79907
915-540-5210
Salaiz.ep@gmail.com

**RECEIVED**
December 16, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Laura Loera_____
            DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **ERIK SALAIZ,** § § § **Plaintiff,** § § v. § § **AMERICAN CONSUMER CREDIT COUNSELING, INC.**, a Massachusetts Corporation, **TR SIMPSON ENTERPRISES LLC**, a Florida Limited Liability Company, and **GROUNDED X INC**, a Florida Corporation § § § § § § **Defendants.** § § | EP-22-CV-0194-FM |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Notice of Settlement, it is this, _____ day of _____, 2022,

**ORDERED** that Plaintiff's Notice of Settlement be and is hereby **GRANTED**;

**SO ORDERED**

_____
**United States District Judge**