UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **ERIK SALAIZ,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | EP-22-CV-00194-FM |
| **AMERICAN CONSUMER CREDIT COUNSELING, INC.**, a Massachusetts Corporation; **TR SIMPSON ENTERPRISES LLC**, a Florida Limited Liability Company; and **GROUNDED X INC.**, a Florida Corporation, | § § § § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT AND DISMISSAL

Before the court is "Joint Stipulation of Dismissal with Prejudice" [ECF No. 19], filed February 23, 2023, by Erik Salaiz ("Plaintiff") and American Consumer Credit Counseling, Inc. ("Defendant"). A plaintiff may voluntarily dismiss an action without a court order by filing "a stipulation of dismissal signed by all parties who have appeared."[1] Only Defendant has appeared.[2] Accordingly:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE**.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

   **SIGNED AND ENTERED** this **24th** day of **February 2023**.

   _____
   **FRANK MONTALVO**
   **UNITED STATES DISTRICT JUDGE**

---

[1] Fed. R. Civ. P. 41(a)(1).

[2] *See* "Defendant American Consumer Credit Counseling, Inc.'s Original Answer," ECF No. 5, filed July 5, 2022.

1